# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER BUCKENBERGER

NO. 2019 KW 0833

SEP 0 3 2019

---

In Re:    Christopher Buckenberger, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 410991.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The district court did not err in denying relator's claims. Relator's complaint about the untimely probable cause hearing following his arrest in this case is procedurally barred because it was previously addressed by this court on appeal. See La. Code Crim. P. art. 930.4(A). The First Amendment does not protect a true threat, which is "a statement that a reasonable recipient would have interpreted as a serious expression of an intent to harm or cause injury to another." See **United States v. Beale**, 620 F.3d 856, 865 (8th Cir. 2010), cert. denied, 562 U.S. 1190, 131 S.Ct. 1023, 178 L.Ed.2d 847 (2011). In the instant case, relator threatened to kill the officers who arrested him. Relator's statements, which threatened violence toward law enforcement officers during a lawful arrest, are not encompassed under the "threats" that the Fifth Circuit Court of Appeals found to be unconstitutionally overly broad. See **Seals v. McBee**, 898 F.3d 587, 596-97 (5th Cir. 2018). Accordingly, relator's convictions and sentences for violating the public intimidation statute (La. R.S. 14:122) are valid.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT